JESSE FRENCH & SONS PIANO CO. v. INGRASSIA. (Supreme Court, Appellate Term, First Department. November 19, 1914.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by the Jesse French & Sons Piano Company against Pierina Ingrassia. From a judgment awarding defendant $142 interest and costs, consisting of $20 for costs awarded defendant in a previous action and $122 money alleged to have been paid plaintiff's assignor on account of the purchase of a piano, which contract defendant had rescinded because of infancy, plaintiff appeals. Modified and affirmed. Henry A. Heiser, of

New York City, for appellant. Antonio Ferme, of New York City, for respondent.

BIJUR, J. Although defendant testified that she had paid $122 in installments on account of the piano, it is evident from the details which she gives that she had paid only $96, namely: October 11, 1912, cash payment, $25; 21 weeks, October 11, 1912, to March 11, 1913, at $3 a week, $63; four of these weeks, an additional payment of $2 each, $8. The judgment must therefore be reduced to $116 and appropriate costs, and, as so modified, affirmed without costs of this appeal to either party. All concur.